**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.B.I., A MINOR | : | No. 503 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: B.I., A MINOR | : | No. 504 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.I., A MINOR | : | No. 505 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.B.I., A MINOR | : | No. 506 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.B.I., A MINOR | : | No. 507 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.I., A MINOR | : | No. 508 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

**ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.